CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**United States District Court
for the Northern District of Texas**

2015 AUG -3 PM 2: 04

_Lubbock_ **Division**

DEPUTY CLERK ____

**United States of America,**
*Plaintiff,*

_Lewisburg Penitentiary_
Place of Confinement

_#27957-177_
Prisoner ID Number

v.

_RYAN A. FIELDS_
*Defendant.*

_NO. 5:01-CR-127-01-C_
Criminal Case Number

**Defendant's Motion and Questionnaire for Reduction of Sentence
Pursuant to 18 U.S.C. § 3582(c)**

---

### Instructions - Read Carefully

1.  This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2.  This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3.  When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

RECEIVED

AUG - 3 2015

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4.   Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1.   Name and location of court that entered the sentence that you are asking to reduce:

   hubbock Division

2.   Date(s) of sentence and judgment of conviction:

   May 31 2002

3.   Are you currently in prison for this sentence?

   ✓ Yes        No

4.   If so, when is your projected date of release?

   2042

5.   Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody.  An example of one of these programs is completion of the Residential Drug Abuse Program.  Are you participating in one of these programs and, if so, when will you complete the program?

   / NA

6.   Are you currently on supervised release?        Yes     ✓ No

7.   Are you currently in prison because you violated your supervised release ?

        Yes    ✓ No

8.   Is your case currently on appeal?        Yes    ✓ No

9.   Offense(s) for which you were convicted (all counts):

Count 1, 21, USC 8841(A)(1) 8841(b)(1)(A) Possesion With Intent To Distribute More Than 50 Grant Of Cocaine Bace

Count 2, 18 USC 8924 Possesion Of A Firearm In Furtherance Of A Drug Trafficking Crime And Aiding And Abetting

Count 3, 18 USC 8922(g)(1) & 18 USC 22 Convicted Felon In Possesion Of A Firearm And Aiding And Abetting

10.  Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

_____Yes  _____No  _____ ✓ Don't know

11.  In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

_____Yes  _____No  _____ ✓ Don't know

12.  Was your sentence based on an agreement with the Government for a specific sentence?

_____Yes  ✓ No  _____ Don't know

13.  List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

2010 High School Diploma From
First Coast Academy Correspondence
Class State FL, # HS0910039

Please See Attachment On Next
Page Thank You For Your Time And
Consideration.

Page 3 of 4

# First Coast Academy

A Division of Atlantic International Institue, Inc.

## Jacksonville

## Florida



### This Certifies That

## Ryan K. Fields

having satisfactorily completed all requirements and standards for high school graduation as prescribed by First Coast Academy, a Florida High School is hereby awarded this

## Diploma

In testimony whereof, this diploma has been conferred in Jacksonville, Florida. Whereupon the undersigned have affixed their names on this day, July 30, 2010.



President - Richard L. Frisby, Jr.

Principal - Barbara A. Cornelius

  

# Atlantic International Institute, Inc.

2725 College St., Jacksonville, Florida 32205
Phone (904) 381-1935  Fax (904)381-0135
Email fca@fcahighschool.org  Website http://fcahighschool.org

**HS0910039**    *07/30/2010*

Ryan Fields#27957-177
Federal Correctional Complex Usp #
2
PO Box 1034
Coleman, FL  33521-1034

*Dear Ryan Fields#27957-177,*

It is my profound pleasure to congratulate you on your grand achievement: earning your High School Diploma. First Coast Academy, a private high school, is proud to assist conscientious students, like you, in earning their diploma.

I can truly say it was inspiring to see your determination and effort while achieving this milestone in your life. You were a fine student and I am proud to present your First Coast Academy High School Diploma to you. We have provided your original diploma in an embossed leather case and additional copies for photocopying.

You have taken a major step towards advancing your career. I encourage you to continue your education. I am confident you are one of those special people that will continue to reach for higher achievements in life. Thank you again for choosing First Coast Academy High School.

Sincerely,
Barbara A. Cornelius

*Barbara A Cornelius*

**Principal**
**First Coast Academy**



# Atlantic International Institute, Inc.

**Atlantic International Institute**
2725 College St
Jacksonville, Florida 32205

### First Coast Academy Official Transcript

| | |
|---|---|
| RYAN FIELDS#27957-177 | |
| FEDERAL CORRECTIONAL COMPLEX USP # 2 | |
| PO BOX 1034 | |
| COLEMAN, FL  33521-1034 | |

| | |
|---|---|
| **FCA Student Number** | HS0910039 |
| **Social Security Number** | 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 |
| **Date Of Birth** | 07/06/1976 |
| **Graduation Date** | 07/30/2010 |

*Courses Taken at First Coast Academy*

| Heading | Title of Course | Grade | Credit Earned | Letter Grade | Points Earned |
|---|---|---|---|---|---|
| Elective | World Geography And You Book 1 | 89.33% | 0.5 | B+ | 3.3 |
| Elective | World Geography And You Book 2 | 95.06% | 0.5 | A | 3.8 |
| English | Adventures of Huckleberry Finn | 84.93% | 0.5 | B | 3.0 |
| History | Economics | 82.71% | 0.5 | B- | 2.7 |
| History | World History and You Book 1 | 86.30% | 0.5 | B | 3.0 |
| History | World History and You Book 2 | 87.27% | 0.5 | B | 3.0 |
| Life Management | Job Readiness | 83.03% | 0.75 | B- | 2.7 |
| Life Management | Mastering Study Skills | 79.31% | 0.25 | C+ | 2.3 |
| Math | Working with Number Algebra | 91.76% | 1 | B+ | 3.3 |
| Science | Matter, Motion and Machines | 82.08% | 1 | B- | 2.7 |
| *FCA Credits Earned /GPA* | | | **6** | | **2.98** |

**Transfer Credits Accrued from Prior Education**

| Life Management | English | Math | Science | Social Studies | Electives | Prior Credits Accepted | Prior GPA Accepted |
|---|---|---|---|---|---|---|---|
| 0 | 3.5 | 3.5 | 2 | 1.5 | 3 | 13.5 | 1.68 |

| | | |
|---|---|---|
| **Total Credits / Combined Grade Point Average** | 19.5 | 2.33 |

☑ **Diploma Granted**
*Tuesday, August 24, 2010*

*This transcript is valid only if seal is present*

# Certificate of Achievement

This certifies that

Ryan Fields

has satisfactorily completed

MicroEconomics

Consisting of 20 Hours of Training

This certificate is hereby issued this 22nd day of December , 20 09

_____
A. Temples, ASOE

_____
K. Rose, ACE Coordinator

# ACHIEVEMENT

This is to certify

## Ryan Fields

has successfully completed the
Drug Education Program at
USP Florence, Colorado, on
October 7, 2003.

Steve Eckert, Ph.D.
Acting DAP Coordinator

Dennis J. Jones
Drug Treatment Specialist



# CERTIFICATE OF COMPLETION

## FOR:

FIELDS # 27957-177

CONGRATULATIONS ON SUCCESSFULLY COMPLETING

THE RECREATION PROGRAMS:

## MEMORY, NUTRITION, AND LIFE

## ROUND G

T. FOX, RECREATION SPECIALIST

4/30/2015

# Certificate of Achievement

**This certifies that**

Ryan Fields

**has satisfactorily completed**

**African American History**

Consisting of __20__ **Hours of Training**

This certificate is hereby issued this __25th__ day of __August__, 20 __10__



P. Geistfeld, SOE



K. Rose, ACE Coordinator

# U.S.P. LEWISBURG

PRESENTS

## RYAN FIELDS

ON THIS DAY OF MARCH 31st, 2015 WITH THIS

# CERTIFICATE OF COMPLETION

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

EDUCATION COURSE

## PARENTING F



M. Kaskie
USP Lewisburg SMU - Teacher

U.S.P. LEWISBURG

# RYAN FIELDS

## CERTIFICATE OF COMPLETION

WITH THIS

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

*ADULT EDUCATION COURSE FOR ROUND E:*

IMPORTANCE OF MONEY, PRELUDE TO WAR,

TOOLS OF THINKING, & WORLD HISTORY [3-31-2015]

Z. PARDOE





# CERTIFICATE OF COMPLETION

## FOR:

R. Fields # 27957-177

CONGRATULATIONS ON SUCCESSFULLY COMPLETING

THE RECREATION PROGRAMS:

### MEMORY, NUTRITION, AND LIFE

### ROUND F

T. FOX, RECREATION SPECIALIST

03/28/2015

U.S.P. LEWISBURG

# RYAN FIELDS

WITH THIS

## CERTIFICATE OF COMPLETION

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

*ADULT EDUCATION COURSE FOR ROUND G:*

**MASTERING YOUR TIME, MOST VALUABLE ASSET**

**DECISION MAKING, & COLUMBUS FINDS A NEW WORLD [4-28-2015]**



Z. PARDOE



# U.S.P. LEWISBURG

PRESENTS

## RYAN FIELDS

ON THIS DAY OF APRIL 28th, 2015 WITH THIS

# CERTIFICATE OF COMPLETION

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

EDUCATION COURSE

## PARENTING G

M. Kaskie
USP Lewisburg SMU - Teacher

U.S.P. LEWISBURG

# RYAN FIELDS

WITH THIS

## CERTIFICATE OF COMPLETION

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

*ADULT EDUCATION COURSE FOR ROUND H:*

**MONEY & YOU, DOUBLE YOUR PRODUCTIVITY,**

**ROMAN EMPIRE, & BATTLE OF LEXINGTON [6-8-2015]**



Z. PARDOE



# U.S.P. LEWISBURG

PRESENTS

## RYAN FIELDS

ON THIS DAY OF JUNE 9th, 2015 WITH THIS

# CERTIFICATE OF COMPLETION

FOR THE SUCCESSFUL COMPLETION OF THE FOLLOWING

EDUCATION COURSE

## PARENTING H

_____

M. Kaskie

USP Lewisburg SMU - Teacher

# CERTIFICATE OF COMPLETION

## FOR:

CONGRATULATIONS ON SUCCESSFULLY COMPLETING

THE RECREATION PROGRAMS:

## MEMORY, NUTRITION, AND LIFE

### ROUND H

R. Fields #27957.177

T. FOX, RECREATION SPECIALIST

June 2015



## USP FLORENCE, 2003

# FIELDS 27957-177

HAS COMPLETED THE USP RECREATION HANDBALL COURSE



_____

R. LINDLE - RECREATION SPECIALIST

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this _____July 30_____, 201 5 .

_____Ryan X Fields_____
Signature of Defendant

_____RYAN X Fields_____
Printed Name

_____#27957-177_____
BOP No.

_____U.S.P. Lewesborg_____
Federal Correctional Institution (if applicable)

_____P.O. Box 1000_____
Address

_____Lewisburg PA, 17834_____
City, State & Zip Code

Page 4 of 4

Dear Court Clerk
    This Short Notices is To Notify The
Courts That I Am Unable To Provide Copies
Of This Motion At This Current Time Do To
My Current Circumstance. I'm Requesting That The
Court Notify The Appropriate Party's Thank You
For Your Time And Consideration.
                    Peace, Blessing

                        Sincerely
                        Reginald Fields
                    Reg: 27957-177
                    U.S.P. Lewisburg
                    P.O. Box 1000
                    Lewisburg PA
                            17837



RECEIVED
AUG - 3 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Inmate Name: Scott RYAN Whitfields
Register Number: 21951-177
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

United States District
Court Of Texas
1305 Texas Ave, Room #309
Lubbock, TX 79401

Legal Mail



RECEIVED
AUG - 3 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS